**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CINDY GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, a California Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:  3:24-cv-00390-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT ON COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Robert R. Jensen, Esq., and Cody M. Oldham, Esq., of Jensen Personal Injury Law, LLC., and counsel for Defendant Nicole Hampton, Esq., of Hines Hampton Pelanda, LLP., (collectively the "Parties") hereby stipulate as follows:

1.     Defendant MERCURY CASUALTY COMPANY filed its *Notice of Motion and Motion by Mercury Casualty Company for Summary Judgment or Partial Summary Judgment on Complaint* on March 12, 2026 [ECF No. 25, 25-1, 25-2, 25-3, and 25-4].

2.     Plaintiff CINDY GUERRERO's Response to this Motion is currently due on April 2, 2026.

3.      Counsel for Plaintiff CINDY GUERRERO has experienced an unexpected injury, requiring surgery.

4.      The Parties herein stipulate and agree that Plaintiff shall have up to and including April 13, 2026, in which to file a Response to Defendant's Motion.

5.      The Parties additionally stipulate and agree that Defendant shall have up to and including April 27, 2026, in which to file a Reply brief.

DATED April 2, 2026                         DATED April 2, 2026

JENSEN PERSONAL INJURY LAW        HINES HAMPTON PELANDA

/s/ Cody M. Oldham                        /s/ Nicole Hampton

ROBERT R. JENSEN                         NICOLE HAMPTON
CODY M. OLDHAM                          400 South 4th Street, Suite 500
203 S. Arlington Avenue                   Las Vegas, Nevada 89101
Reno, Nevada 89501                       *Attorney for Defendant*
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
U.S. DISTRICT JUDGE

DATED: April 3, 2026

2